May 21, 2015



# JUDGMENT

# The Fourteenth Court of Appeals

HARRIS COUNTY PRECINCT 4 CONSTABLE'S OFFICE DEPUTY JASON REESE, IN HIS INDIVIDUAL CAPACITY, Appellant

NO. 14-15-00427-CV              V.

BARBARA COATS, INDIVIDUALLY, AS PERSONAL REPRESENTATIVE OF THE ESTATE OF JAMAIL AMRON, DECEASED AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED; AND ALI AMRON, INDIVIDUALLY AND AS HEIR TO THE ESTATE OF JAMAIL AMRON, DECEASED, Appellee

_____

Today the Court heard appellant's motion to dismiss the appeal from the order signed by the court below on February 17, 2015. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order this decision certified below for observance.